**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY ACKERS,<br><br>                     Plaintiff,<br><br>     v.<br><br>UNIVERSITY OF CALIFORNIA<br>BOARD OF REGENTS,<br><br>                     Defendant. | Case No. 2:24-cv-04145-PSG-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that this action is DISMISSED without prejudice for lack of standing and lack of jurisdiction.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  July 16, 2024

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2