JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ACKERS,<br><br>        Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF CALIFORNIA<br>BOARD OF REGENTS,<br><br>        Defendant. | Case No. 2:24-cv-04145-PSG-AJR<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:  July 16, 2024



_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE