Gregory Ackers

299 17th St.

San Diego Ca,

92101



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CASE # 2:24-cv-04145-PSG-AJR

PLAINTIFFS MOTION TO AMEND ORIGINAL COMPLAINT

GREGORY ACKERS

     Plaintiff

     v.

UNIVERSITY OF CALIFORNIA

BOARD OF REGENTS

     Defendant(s)

## PROCEDURAL POSTURE

In re; Rule 15(a) of FRCP &,in acting as the original Civil Complainant & in response to Judge Gutierrez's DISMISSAL WITHOUT PREJUDICE of the above-named lawsuit,I make motion to the Dist. to allow AMENDMENTof 1st Complaint. In re; my Amended Complaint,I intend to modify my STANDING in order to act as a Qui Tam WHISTLEBLOWER. 31 USC-Sec. 3729 of The Federal False Claims Act is allowable in U.S. Dist. Courts to counter FRAUD & MALFEASANCE in re; Federal Govt Contracts. My Original Complaint took to task Dft U of California's violation of its own agreements with The Dept. of Education,when it abetted the Civil Rights of its Jewish pupils.

## SUMMARY OF ARGUMENT

I hereby represent to the Dist. that my Amended Complaint will serve to continue my case v. the Dfts egregious & corrupt violation of American educational & civil discourse. My Amendment will NOT prejudice the existing parties,& will,certainly,further the interests of American justice.

1.

MEMORANDUM IN SUPPORT OF PLTF MOTION FOR LEAVE TO AMEND COMPLAINT

PURSUANT TO FRCP 15(a) & Hon. Gutierrez' Dismissal, I,the Pltf,respectfully submit this Memorandum.

### STATEMENT OF FACTS

The University of California is mandated to comply with & enforce the laws of the U.S. & protect the civil

rights of its own student body. During the spring & summer of 2023,the Dft contravend their duty by

allowing racist thugs to blockade its campus-grounds against the free movement of UCLA students

between academic buildings.

### ARGUMENT

The efficient administration of justice mandates that the Pltf shall be given LEAVE TO AMEND

A COMPLAINT. FRCP 15(a) requires that "leave to amend complaints be freely-given when justice

requires". Dfts will not suffer substantial prejudice,& there's no other reason Pltfs shall NOT be given

leave for Amendment.

### CONCLUSION

For above reasons,in acting as Pltf, I make MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.

Respectfully submitted on this day of Aug. 12,2024

Gregory Ackers_____

2.



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022